# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Main Street Business Funding,<br><br>Debtor. | Bankruptcy Case No.19-10598 (BLS) |
| John P. Lane, Jr.,<br><br>Appellant,<br><br>v.<br><br>Don A. Beskrone, Chapter 7 Trustee of the Debtor,<br><br>Appellee. | C.A. No. 22-791-VAC<br><br>Bankr. BAP No. 22-00038 |

### RECOMMENDATION

At Wilmington this **27th** day of **June, 2022**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, this judge reviewed the documents filed on this Court's docket regarding an appeal from Bankruptcy Court filed on June 15, 2022.  *See* D.I. 1 Notice of Appeal from Bankruptcy Court.  To date, no designation of the record has been filed. As a result of this judge's review, a telephonic discussion was held with Appellant and counsel for Appellee.  There are a number of issues involved in this appeal.  During this

discussion, this judge briefly explained the mandatory mediation process for Bankruptcy appeals.

WHEREAS, as a result of the above screening process, the issues on Appeal are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Through this Recommendation, the parties are advised they may file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge